UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LENA MARIE LINDBERG,**

        **Plaintiff,**

v.                        Case No.  6:21-cv-1544-RBD-GJK

**MICHAEL UTSLER**, Brevard County Sheriff; **MICHAEL BERNARD**, Brevard County Sheriff; **ROBERT WAYNE IVEY**, Sheriff of Brevard County; **KEVIN ROBERTS**, Sargent, Brevard County Sheriff; **UNKNOWN #1**, Brevard County Sheriff; and **UNKNOWN #2**, Brevard County Sheriff,

        **Defendants.**
_____

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS/AFFIDAVIT OF INDIGENCY BY PETITIONER/APPELLANT (Doc. No. 2)
>
> **FILED:** September 16, 2021
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** and that the complaint be **DISMISSED WITH PREJUDICE**.

On September 16, 2021, pro se plaintiff Lena Marie Lindberg filed a

complaint listing numerous defendants. Doc. No. 1. Also on September 16, 2021, Plaintiff filed an application to proceed *in forma pauperis* (the "Motion"). Doc. No. 2. On October 26, 2021, the Court entered an Order finding that Plaintiff's pleadings are unintelligible and that she made inappropriate filings. Doc. No. 20. The Court ordered Plaintiff's future filings to be reviewed by the senior Magistrate Judge in the Orlando Division to determine whether they have "arguable merit, that is, a material basis in law and fact and whether [they are] proper under the Federal Rules of Civil Procedure and the Local Rules." *Id.* at 2. If the filings have "no arguable merit or [are] abusive, frivolous, scandalous, or duplicative, the Magistrate Judge should enter an order so finding, in which event the complaint, pleading, or filing will not be filed with the Court." *Id.* at 3. Such filings will be returned to Plaintiff. *Id.* "Upon a finding that a tendered complaint, pleading, or filing lacks arguable merit or is abusive, frivolous, or duplicative, Plaintiff will be subject to a monetary sanction in the amount of $200.00 per instance and such other sanctions as the Court deems appropriate." *Id.* at 3-4. The U.S. Marshal was directed to serve a copy of the Order on Plaintiff on or before November 3, 2021, and file a return of service. *Id.* at 4.

As the Court found in the Order, the complaint is unintelligible. Doc. No. 1. It violates Federal Rule of Civil Procedure 8, as it does not contain a short and

plain statement that establishes a right to relief. The allegations involve a dizzying array of legal claims and defendants, not to mention being fanciful and delusional. As the complaint is patently frivolous, fails to comply with Rule 8, and has no arguable merit, it is recommended that it be dismissed with prejudice.

Based on the forgoing, it is **RECOMMENDED** that the Court:

1. **DENY** the Motion (Doc. No. 2); and
2. **DISMISS** the complaint with prejudice.

### NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

**RECOMMENDED** in Orlando, Florida, on October 28, 2021.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:

Presiding District Judge
Unrepresented party