# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LENA MARIE LINDBERG,

    Plaintiff,

v.                                        Case No. 6:21-cv-1544-RBD-DCI

MICHAEL UTSLER; MICHAEL
BERNARD; ROBERT WAYNE IVEY;
KEVIN ROBERTS; UNKNOWN #1;
and UNKNOWN #2,

    Defendants.
_____

## ORDER

    Plaintiff filed a *pro se* Complaint against Defendants. (Doc. 1.) Over a year after the Court dismissed Plaintiff's Complaint, she moved to appeal *in forma pauperis* ("IFP"). (Doc. 24; Doc. 27 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends the Court deny the Motion because the appeal is not taken in good faith. (Doc. 32 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

    Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The R&R (Doc. 32) is **ADOPTED**, **CONFIRMED**, and made a part of

this Order in its entirety.

2. Plaintiff's Motion (Doc. 27) is **DENIED**. Plaintiff's appeal is not taken in good faith.

3. The Clerk is **DIRECTED** to notify the Eleventh Circuit of this Order in accordance with Fed. R. App. P. 24(a)(4).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 22, 2023.

ROY B. DALTON JR.
United States District Judge